UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                           :
:
:
:
     -v-                                                           :      20-cr-293 (LJL)
:
ISAAM HENRY,                                                       :      ORDER
:
                              Defendant.                           :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2020

LEWIS J. LIMAN, United States District Judge:

    Defendant has moved to inspect the records and papers used in connection with the constitution of the Master and Qualified Jury Wheels.  (*See* Dkt. No. 23.)  In response and prior to taking a position on the defendant's motion, the Government has asked to speak with Linda Thomas, the Jury Administrator in the Southern District of New York, to determine the existence and nature of the documents the Defendant seeks to access.  (*See* Dkt. No. 25.)

    IT IS HEREBY ORDERED that the Government is permitted to speak with Ms. Thomas, and that counsel for defendant is entitled to be present for the conversation.  The Court understands that requests by defense counsel to be present at such conversation have been made in other cases, including *United States v. Balde*, 20-cr-281(KPF), *United States v. Henry*, 20-cr-293(LJL), and *United States v. Williams*, 20-cr-286(WHP), and that a conference between the Government and Ms. Thomas for a similar purpose, in *United States v. Balde*, 20-cr-281(KPF), is scheduled to take place telephonically on June 30, 2020 at 11:00 a.m.  Accordingly, and for the convenience of the Jury Administrator, it is ORDERED that the conference with the Jury Administrator in this case shall be coordinated with the conference with the Jury Administrator in *United States v. Balde*, 20-cr-281(KPF), and shall take place on the same date and at the same time as the conference in that case, so that only a single meeting will take place with a representative or representatives from the Government and counsel for the defendants.  Defense counsel is instructed to consult the *Balde* docket for call-in information.

    Any party objecting to this procedure shall inform the Court by letter filed on ECF within two days of the date of this Order.

    IT IS FURTHER ORDERED that the Government's deadline to respond to the Defendant's motion at Dkt. No. 23 is extended so that the Government shall respond within one week of the above-referenced conference.

    SO ORDERED.

Dated: June 17, 2020                              _____
      New York, New York                              LEWIS J. LIMAN
                                            United States District Judge