UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                      20-cr-293 (LJL)

ISAAM HENRY,                              ORDER

                  Defendant.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/18/2020

LEWIS J. LIMAN, United States District Judge:

       The conference with the Jury Administrator previously scheduled to take place telephonically on June 30, 2020 at 11:00 a.m. will now take place on the same date at 2:00 p.m. The dial-in information remains as follows: the parties shall call (888) 363-4749 and enter access code 5123533. If the conference line requests a "security code" the parties shall press "*".

       SO ORDERED.

Dated: June 18, 2020
       New York, New York

                                                          _____
                                                             LEWIS J. LIMAN
                                                         United States District Judge