LAW OFFICES OF
# SCOTT B. TULMAN & ASSOCIATES, PLLC

SCOTT B. TULMAN

THE HELMSLEY BUILDING
230 PARK AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10169

SUSAN G. PAPANO

(212) 867-3600
FAX: (212) 867-1914

WWW.TULMANLAW.COM

September 29, 2020

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

**Memo Endorsement:**
The Change of Plea hearing previously scheduled for October 7, 2020 is canceled.  Instead, a Status Conference will be held, remotely by video, on October 14, 2020 at 9:00AM addressing the request for withdrawal of counsel.

9/29/2020   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   United States v. Isaam Henry
      20 Cr. 293 (LJL)

Dear Judge Liman:

   I am the attorney for Isaam Henry, having been appointed pursuant to the Criminal Justice Act on or about May 15, 2020, to substitute for prior appointed counsel.  This matter is presently scheduled for a guilty plea on October 7, 2020, at noon.  By this letter motion, and at my client's express request, I respectfully request that the change of plea proceeding be cancelled and that new counsel be appointed for Mr. Henry.

   In the last few weeks, there has been a complete breakdown in communications with Mr. Henry.  Mr. Henry does not want me to act on his behalf and will not communicate with me.  In our most recent communication today, before abruptly terminating our telephone call, Mr. Henry instructed me to write to the Court seeking to withdraw as counsel.  He further informed me that he too will be writing to the Court.  I am mindful this is Mr. Henry's second request for new counsel but in view of all the circumstances, including the obstacles to communication created by the COVID-19 Pandemic and the fact that no other dates are impacted, I respectfully submit that Mr. Henry should be provided with new counsel.

   Should the Court wish to conduct a hearing, I would respectfully ask that the Court consider doing so on the date set for the guilty plea by way of a telephone or video-conference.

Respectfully submitted,

Scott B. Tulman

cc: Thomas Burnett, Esq., AUSA