

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 21, 2020

The Honorable Jesse M. Furman
United States District Judge
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Isaam Henry</u>, 20 Cr. 293 (LJL)

Dear Judge Liman:

    This Court has scheduled a status conference in the above captioned case for Monday, December 21, 2020. The Government has conferred with Mr. Henry's attorney, Joshua Dratel, Esq., and the parties concur that the conference should be adjourned until a time in February at the Court's convenience. The parties are discussing a potential pretrial resolution to the case, and an adjournment will allow time for additional for those discussions.

    The Government also respectfully requests that time under the Speedy Trial Act be excluded until the next conference, so the parties can discuss a potential pretrial resolution or, if those discussions do not bear fruit, so they can discuss a potential motion schedule.

GRANTED.
The Status Conference previously set for December 21, 2020 is rescheduled to February 22, 2021 at 12:00PM. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. The Court, with consent from both parties (defendant consent received through email on 12/21/20), excludes the time from December 21, 2020 to February 22, 2021 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A). The Court finds that the ends of justice outweigh the best interests of the defendant and the public in a speedy trial in that the time until February 22 is necessary for the parties to discuss a potential pretrial resolution or consider potential motions.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: _____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

12/21/2020   SO ORDERED.

LEWIS J. LIMAN
United States District Judge